**Order entered November 25, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01618-CV

### IN RE: BRET FOREMAN, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF09-14773**

## ORDER

The Court has before it relator's petition for writ of mandamus. The Court requests that

real party in interest and respondent file any responses by December 9, 2013.


/s/     LANA MYERS
         JUSTICE